# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*

January 23, 2026

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

      **RE:**   **Chapter 13 Bankruptcy**  
              **Case No. 25-21568 (ABA)**  
              **Debtor(s) Name: Richard J. Geiser and Roxanne E. Geiser**

Dear Judge Altenburg:

      Please accept this letter in lieu of a more formal response to Debtors' Motion for Authorization to Allow Debtor, Richard J. Geiser, as Husband of Joint Debtor, Roxanne E. Geiser, to Appear at §341(a) Hearing and to Administer Case on behalf of Joint Debtor, which is returnable Tuesday, February 17, 2026, at 10:00 a.m.

      Debtors filed for Chapter 13 bankruptcy protection on October 30, 2025. The §341(a) Meeting of Creditors scheduled for December 4, 2025, and January 15, 2026, could not be conducted due to Joint Debtor, Roxanne E. Geiser's inability to appear due to illness.

      Due to Joint Debtor's medical condition, Debtor, Richard J. Geiser, seeks permission to appear at the §341(a) Meeting of Creditors and administer the Chapter 13 case on their behalf. The Trustee respectfully objects.

      It is the Trustee's position that Richard J. Geiser can only appear on behalf of Roxanne E. Geiser if he has a durable Power of Attorney. If the Joint Debtor is not in the mental capacity to sign a Power of Attorney, Richard J. Geiser may need to seek relief to act on behalf of Roxanne E. Geiser through the Camden County Surrogate's Office. Absent a Power of Attorney or Court appointed Guardian, the Debtor is not authorized to appear and testify on behalf of the Joint Debtor and the motion should be denied.

      Furthermore, if the Debtor seeks and is granted guardianship, then the Debtor must comply with D.N.J. LBR 1016-1 and "file the court order pertaining to incompetency or guardianship."

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:

P.O. Box 1978  
Memphis, TN 38101-1978

As always, please feel free to contact this office with any questions or concerns.

Respectfully submitted,

*s/ William H. Clunn, III*

William H. Clunn, III
Staff Attorney

WHC/jpa
cc:  Ronald E. Norman, Esquire (Via CM/ECF & Email)
   Richard J. Geiser and Roxanne E. Geiser (Via regular mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**
**Memphis, TN 38101-1978**

Page **2** of **2**