**LAW OFFICES**
**RONALD E NORMAN**
**WASHINGTON PROFESSIONAL CAMPUS II**
**901 ROUTE 168, SUITE 407A**
**TURNERSVILLE, NJ 08012**
TEL. (856) 374-3100
Fax. 1(856)-374-3100
Email: Rnorman@Rnormanlaw.com

February 3, 2026

VIA ECF
Clerk,
US Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08101

**RE:**   **Case Name:**      Richard J Geiser and Roxanne E Geiser
         **Case Number:**    **25-21568 ABA**

Dear Sir/Madam:

   Please withdraw docket entry number 24 Debtor's motion to allow Debtor husband to do 341a and administer the case for Debtor wife.

   Thank you for your cooperation herein.

                                                    Very truly yours,

                                                    BY:   /s/ Ronald E Norman
                                                          Ronald E Norman, Esq.