Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21568−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard J Geiser | Roxanne E Geiser |
| aka Richard Geiser | aka Roxanne Geiser |
| 304 Chestnut Street | 304 Chestnut Street |
| Blackwood, NJ 08012 | Blackwood, NJ 08012 |

Social Security No.:
  xxx−xx−1512                                        xxx−xx−6272

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule E/F on 2/27/2026 or to the List of Creditors on N/A , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1.    A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

2.    In a Chapter 11 case:

   a)    a copy of the last modified plan and disclosure statement, if any, and

   b)    a copy of any order approving the adequacy of the disclosure statement
   and/or the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:

   a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

   b)    a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1.    until the original deadline, if any, fixed by the court to file a complaint to object to
the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
whichever is later;

2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.     until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: March 3, 2026
JAN: lgr

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 25-21568-ABA

Richard J Geiser                                                                  Chapter 13

Roxanne E Geiser

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 03, 2026                       Form ID: oresadoc                             Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard J Geiser, Roxanne E Geiser, 304 Chestnut Street, Blackwood, NJ 08012-1150 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2026 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

  NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-1                                  User: admin                                           Page 2 of 2

Date Rcvd: Mar 03, 2026                              Form ID: oresadoc                                 Total Noticed: 2

Denise E. Carlon
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Ronald E. Norman
                         on behalf of Debtor Richard J Geiser rnorman@rnormanlaw.com
                         ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestc
                         ase.com;9070633420@filings.docketbird.com

Ronald E. Norman
                         on behalf of Joint Debtor Roxanne E Geiser rnorman@rnormanlaw.com
                         ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestc
                         ase.com;9070633420@filings.docketbird.com

U.S. Trustee
                         USTPRegion03.NE.ECF@usdoj.gov

Vincent Alexander Aprile
                         on behalf of Creditor Wells Fargo Bank  N.A. vaprile@raslg.com

William H. Clunn, III
                         on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com


TOTAL: 9