Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21568−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard J Geiser
aka Richard Geiser
304 Chestnut Street
Blackwood, NJ 08012

Roxanne E Geiser
aka Roxanne Geiser
304 Chestnut Street
Blackwood, NJ 08012

Social Security No.:
xxx−xx−1512                                     xxx−xx−6272

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 25, 2026.

Dated: March 26, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-21568-ABA

Richard J Geiser                                                                Chapter 13

Roxanne E Geiser

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: plncf13 | Total Noticed: 88 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard J Geiser, Roxanne E Geiser, 304 Chestnut Street, Blackwood, NJ 08012-1150 |
| 520866684 | | 06 High Point Safety, PO Box 607, Norwood, MA 02062-0607 |
| 520866685 | | AARP Medicare Advantage, 601 East Street NW, Washington, DC 20004 |
| 521014966 | + | Ambulnz New Jersey LLC, 701 Cooper Road, Voorhees NJ 08043-3800 |
| 520866689 | + | Atlantic City Electric, 500 North Wakefield Drive, Newark, DE 19702-5440 |
| 520866693 | | Capital One Union Plus, Greenville, SC 29602 |
| 520866694 | | Celtic Bank, 121 W Election Rd, Draper, UT 84020-7720 |
| 520866697 | | Comenity Bank Helzberg Diamond, Greenville, SC 29602 |
| 521014969 | + | Delaware River Port Authority, PO Box 4971, Trenton NJ 08650-4971 |
| 521019841 | + | Delaware River Port Authority, Attn: Officers, Managing or General, PO Box 4971, Trenton, NJ 08650-4971 |
| 520866707 | + | Fox Pest Control, PO Box 184, Providence, UT 84332-0184 |
| 520866713 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 520866735 | + | Ross Center for Orthopedics, PO Box 1396, Medford, NJ 08055-6396 |
| 520866736 | + | Service Plus Home Warranty, 518 7 Old Post Road, Edison, NJ 08817-4683 |
| 520866749 | | The Bank of Missouri, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 520872060 | ++ | US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II, OFFICE OF GENERAL COUNSEL, 26 FEDERAL PLAZA ROOM 3500, NEW YORK NY 10278-0068 address filed with court:, U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520866752 | + | US Department of Housing and Urban Devel, 451 7th St SW, Washington, DC 20410-0001 |
| 520866753 | | Verve Bank of Missouri, Greenville, SC 29602 |
| 520866755 | | WEBBANK AVANT, Greenville, SC 29602 |
| 520866754 | + | Washington Twp. MUA, 216 Fries Mill Rd, Blackwood, NJ 08012-2025 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2026 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2026 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521014967 | ^ | MEBN | Mar 26 2026 21:22:30 | ARstrat, 231 West Main Street, 2nd Floor, Denison TX 75020-3024 |
| 520866686 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2026 21:31:49 | Ally Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520866687 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2026 21:32:11 | Ally Credit Card/Cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520866688 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2026 21:26:00 | Aspire Credit Card, 200 14th Ave E, Sartell, MN 56377-4500 |

District/off: 0312-1                    User: admin                                    Page 2 of 5

Date Rcvd: Mar 26, 2026                  Form ID: plncf13                              Total Noticed: 88

| Account | | Method | Date | Recipient |
|---|---|---|---|---|
| 520870803 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 26 2026 21:26:00 | Atlantic City Electric, 5 Collins Dr/Ste 2133/mailstop 84CP42, CARNEYS POINT, NJ 08069-3600 |
| 521014965 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2026 21:25:00 | Citizens Bank, PO Box 7000, Providence RI 02940 |
| 520866702 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 26 2026 21:25:00 | Credit Corp Solutions, 121 W Election Rd, Draper, UT 84020-7720 |
| 520866691 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 21:32:11 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520866690 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2026 21:31:42 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520866692 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 26 2026 21:31:50 | Capital One Auto, 1680 Capital One Drive 22102-3407 |
| 520866695 | ^ | MEBN | Mar 26 2026 21:21:51 | Client Services Inc., 514 Earth City Expressway, Suite 310, Earth City, MO 63045-1303 |
| 520866696 | ^ | MEBN | Mar 26 2026 21:23:57 | Comenity Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 520945474 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2026 21:26:00 | Comenity Bank/ Ulta, Attn: Officers,, Managing or General Agent, PO Box 182125, Columbus, OH 43218-2125 |
| 520944804 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2026 21:26:00 | Comenity Bank/ Ulta, PO Box 182125, Columbus OH 43218-2125 |
| 520866698 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2026 21:26:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 520866699 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2026 21:26:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 520866700 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 26 2026 21:27:00 | Credit Coll, PO Box 607, Norwood, MA 02062-0607 |
| 520866701 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 26 2026 21:27:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 521019840 | ^ | MEBN | Mar 26 2026 21:20:19 | Emergency Phy Assoc of S Jersey, Attn: Officers, Managing or, General Agent, PO Box 740021, Cincinnati OH 45274-0021 |
| 520941418 | | Email/Text: BNCnotices@dcmservices.com | Mar 26 2026 21:26:00 | Emergency Physician Associates of South Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 521014968 | ^ | MEBN | Mar 26 2026 21:20:07 | Emergency Physicians Assoc of S Jersey, PO Box 740021, Cincinnati OH 45274-0021 |
| 520866703 | ^ | MEBN | Mar 26 2026 21:23:40 | Faloni Law Group LLC, 425 Eagle Rock Avenue Suite 404, Roseland, NJ 07068-1717 |
| 520866704 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Mar 26 2026 21:25:00 | Fein Such Kahn & Shepard PC, 6 Campus Drive Suite 304, Parsippany, NJ 07054-4673 |
| 520866708 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2026 21:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520871422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2026 21:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520866709 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2026 21:26:00 | Jefferson Capital Syst, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520866710 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2026 21:26:00 | Jefferson Capital Systems, PO Box 11407, Birmingham, AL 35246-3035 |
| 520866712 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2026 21:26:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |

| 520941419 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Mar 26 2026 21:26:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520866717 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 26 2026 21:31:20 | LVNV Funding LLC, 55 Beattie Place #110, Greenville, SC 29601-5115 |
| 520872658 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 26 2026 21:31:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520866718 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 26 2026 21:31:20 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 520866729 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Mar 26 2026 21:25:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520866728 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Mar 26 2026 21:25:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520866722 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 26 2026 21:26:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 520923066 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 26 2026 21:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520866725 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 26 2026 21:26:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520947670 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Mar 26 2026 21:25:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 520947671 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Mar 26 2026 21:25:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 520922745 | + | Email/Text: ecfbnc@aldridgepite.com | | |
| | | | Mar 26 2026 21:26:00 | Nationstar Mortgage LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520889894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 26 2026 21:31:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520866732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 26 2026 21:31:49 | Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502 |
| 520866733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 26 2026 21:31:17 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520915490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 26 2026 21:31:50 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 520866730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 26 2026 21:31:17 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520876980 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 26 2026 21:26:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520906642 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 26 2026 21:26:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520866737 | + | Email/Text: bankruptcynotice@sjindustries.com | | |
| | | | Mar 26 2026 21:26:00 | South Jersey Gas, 1 South Jersey Plaza, Hammonton, NJ 08037-9100 |
| 520866739 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 26 2026 21:31:39 | Syncb/hdceap, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 520866738 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 26 2026 21:31:39 | Syncb/hdceap, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520866740 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 26 2026 21:31:11 | Synchrony Bank, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520939066 | + | Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0312-1      User: admin      Page 4 of 5

Date Rcvd: Mar 26, 2026      Form ID: plncf13      Total Noticed: 88

| | | | |
|---|---|---|---|
| | | Mar 26 2026 21:31:22 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520866741 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 26 2026 21:31:39 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 520866743 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 26 2026 21:31:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520866742 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 26 2026 21:31:39 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520866745 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 26 2026 21:31:11 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520866744 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 26 2026 21:32:09 | Synchrony Bank/Tjx, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520866746 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 26 2026 21:32:13 | Synchrony Financial, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520935538 | | Email/Text: bncmail@w-legal.com | |
| | | Mar 26 2026 21:26:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520866747 | | Email/Text: bncmail@w-legal.com | |
| | | Mar 26 2026 21:26:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520866748 | | Email/Text: bncmail@w-legal.com | |
| | | Mar 26 2026 21:26:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520866751 | | Email/Text: bankruptcies@uplift.com | |
| | | Mar 26 2026 21:25:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 520892125 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | |
| | | Mar 26 2026 21:31:15 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 520873540 | + | Email/Text: RASEBN@raslg.com | |
| | | Mar 26 2026 21:25:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520866756 | ^ | MEBN | |
| | | Mar 26 2026 21:23:48 | Weltman Weinberg & Reis, 520 Walnut Street, Suite 355, Philadelphia, PA 19106-3602 |
| 520866757 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | |
| | | Mar 26 2026 21:31:42 | Wfbna Hl, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 68

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,Suite 450, Alpharetta, GA 30004-2001 |
| 520866705 | *+ | Fein Such Kahn & Shepard PC, 6 Campus Drive Suite 304, Parsippany, NJ 07054-4673 |
| 520866706 | *+ | Fein Such Kahn & Shepard PC, 6 Campus Drive Suite 304, Parsippany, NJ 07054-4673 |
| 520866711 | *+ | Jefferson Capital Systems LLC, PO Box 11407, Birmingham, AL 35246-3035 |
| 520866714 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520866715 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520866716 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520866719 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 520866720 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 520866721 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 520866723 | * | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 520866724 | * | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |

District/off: 0312-1                                    User: admin                                    Page 5 of 5

Date Rcvd: Mar 26, 2026                                 Form ID: plncf13                              Total Noticed: 88

| | | |
|---|---|---|
| 520866726 | * | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520866727 | * | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520866734 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520866731 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520866750 | * | The Bank of Missouri, 350 Camino de la Reina, San Diego, CA 92108-3007 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Ronald E. Norman | on behalf of Debtor Richard J Geiser rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| Ronald E. Norman | on behalf of Joint Debtor Roxanne E Geiser rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor Wells Fargo Bank  N.A. vaprile@raslg.com |
| William H. Clunn, III | on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com |

TOTAL: 9